DOROTHY D. DYSON v. GARY B. STONESTREET AND DEOMALEE F.
STONESTREET

No. 35A90

(Filed 13 June 1990)

APPEAL of right by defendant Gary B. Stonestreet pursuant
to N.C.G.S. § 7A-30(2) (1989) from the decision of a divided panel
of the Court of Appeals, 96 N.C. App. 564, 386 S.E.2d 595 (1989),
reversing an order of directed verdict for said defendant entered
by *Barefoot, J.,* on 14 February 1989 in Superior Court, NEW
HANOVER County. Heard in the Supreme Court 16 May 1990.

*Thomas J. Morgan for plaintiff-appellee.*

*Murchison, Taylor, Kendrick, Gibson & Davenport, by Vaiden
P. Kendrick and John L. Coble, for defendant-appellant.*

PER CURIAM.

For the reasons stated in the dissenting opinion of Becton,
J., the decision of the Court of Appeals is

Reversed.